**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **The Estate of Donald A. Drozd, by and through his Personal Representative, David Drozd,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 3:23-cv-05104-MGL** |
| **Guardian Life Insurance Company of America and Seibels Services Group, Inc. Plan,** | ) ) ) ) | |
| **Defendants.** | ) | |

---

**DEFENDANT THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA'S**
**ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES**

---

(a)  State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis of said interest.

    **Answer:**  None, upon information and belief.

(b) As to each claim, state whether it should be tried jury or nonjury and why.

    **Answer:** This matter should be decided on briefs as it involves a claim under

    ERISA.

(c) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**Answer:** Guardian has no parent corporation and no publicly held corporation owns 10% or more of its stock. Guardian is a mutual life insurance company owned by its policyholders and does not issue shares of stock.

(d) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**Answer:** Defendant does not challenge the appropriateness of this Division.

(e) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.

**Answer:** There are no related cases within this district.

(f) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**Answer:** The Guardian Life Insurance Company of America is properly named.

(g) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**Answer:** None.

(h) In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the Court orders otherwise, name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor. This

2

response must be supplemented when any later even occurs that could affect the Court's jurisdiction under § 1332(a).

**Answer:** Jurisdiction of this matter is not based on diversity but on 29 U.S.C. § 1332 (ERISA).

Respectfully submitted this 21st day of November, 2023.

*/s/G. Benjamin Milam*
G. Benjamin Milam (SC Bar No. 80311)
**Bradley Arant Boult Cummings LLP**
214 North Tryon Street, Suite 3700
Charlotte, NC 28202-1078
Tel.: (704) 338-6000
Fax: (704) 332-8858
Primary e-mail: bmilam@bradley.com

*Attorney for Defendant The Guardian Life*
*Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nekki Shutt
Burnette Shutt & McDaniel, PA
Post Office Box 1929
Columbia, South Carolina 29202
nshutt@burnetteshutt.law


*/s/G. Benjamin Milam*