IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| The Estate of Donald A. Drozd, by and through his Personal Representative, David Drozd, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:23-cv-05104-MGL |
| Guardian Life Insurance Company of America and Seibels Services Group, Inc. Plan, | ) ) ) ) | |
| Defendants. | ) | |

**SEIBELS SERVICES GROUP, INC. PLAN'S ANSWER TO COMPLAINT**

Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Defendant Seibels Services Group, Inc. Plan ("Defendant" or "Seibels Plan") answers the Complaint filed in this action as follows:

NATURE OF THE ACTION

1.     Seibels Plan admits that Plaintiff has asserted a claim in this action under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* ("ERISA"); that Donald Drozd was employed by Seibels Services Group, Inc.; and that his employment was terminated on April 3, 2020. Seibels Plan further admits that Guardian's claim file for Drozd speaks for itself and is the best evidence of its contents. Except as admitted, Seibels Plan denies the allegations of paragraph 1 of the Complaint.

VENUE AND JURISDICTION

2.     Seibels Plan admits the allegations of paragraph 2 of the Complaint, upon information and belief.

1

3. Seibels Plan admits the allegations of paragraph 3 of the Complaint.

4. Seibels Plan states that the terms of the Plan speak for themselves. Seibels Plan denies the allegations of paragraph 4 to the extent they are inconsistent with the terms of the Plan.

5. Seibels Plan states that the terms of the Plan speak for themselves. Seibels Plan denies the allegations of paragraph 5 to the extent they are inconsistent with the terms of the Plan.

6. Seibels Plan states that the terms of the Plan speak for themselves. Seibels Plan denies the allegations of paragraph 6 to the extent they are inconsistent with the terms of the Plan.

7. Seibels Plan states that the terms of the Plan speak for themselves. Seibels Plan denies the allegations of paragraph 7 to the extent they are inconsistent with the terms of the Plan.

8. Seibels Plan states that the terms of the Plan speak for themselves. Seibels Plan denies the allegations of paragraph 8 to the extent they are inconsistent with the terms of the Plan.

9. Seibels Plan states that the terms of the Plan speak for themselves. Seibels Plan denies the allegations of paragraph 9 to the extent they are inconsistent with the terms of the Plan.

10. Seibels Plan denies paragraph 10 of the Complaint for lack of sufficient knowledge and information.

11. Seibels Plan states that the terms of the Plan speak for themselves. Seibels Plan denies the allegations of paragraph 11 to the extent they are inconsistent with the terms of the Plan.

12. Seibels Plan denies paragraph 12 of the Complaint for lack of sufficient knowledge and information.

13. Seibels Plan denies paragraph 13 of the Complaint for lack of sufficient knowledge and information.

14. Seibels Plan admits the allegations of paragraph 14 of the Complaint.

15. Seibels Plan denies the allegations of paragraph 15 of the Complaint.

16. Seibels Plan denies the allegations of paragraph 16 of the Complaint.

17. Seibels Plan admits the allegations of paragraph 17 of the Complaint.

18. Seibels Plan admits the allegations of paragraph 18 of the Complaint.

19. Seibels Plan admits the allegations of paragraph 19 of the Complaint.

## FACTS

20. Seibels Plan admits the allegations of paragraph 20 of the Complaint, upon information and belief.

21. Seibels Plan admits the allegations of paragraph 21 of the Complaint, upon information and belief.

22. Seibels Plan admits that Drozd worked for Seibels for a number of years prior to the termination of his employment on April 3, 2020. Except as admitted, Seibels Plan denies the allegations of paragraph 22 of the Complaint.

23. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 23 to the extent they are inconsistent with the Administrative Record.

24. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 24 to the extent they are inconsistent with the Administrative Record.

25. Seibels Plan denies paragraph 25 of the Complaint for lack of sufficient knowledge and information.

26. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 26 to the extent they are inconsistent with the Administrative Record.

27. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 27 to the extent they are inconsistent with the Administrative Record.

28. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 28 to the extent they are inconsistent with the Administrative Record.

29. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 29 to the extent they are inconsistent with the Administrative Record.

30. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 30 to the extent they are inconsistent with the Administrative Record.

31. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 31 to the extent they are inconsistent with the Administrative Record.

32. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 32 to the extent they are inconsistent with the Administrative Record.

33. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 33 to the extent they are inconsistent with the Administrative Record.

34. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 34 to the extent they are inconsistent with the Administrative Record.

35. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 35 to the extent they are inconsistent with the Administrative Record.

36. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 36 to the extent they are inconsistent with the Administrative Record.

37. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 37 to the extent they are inconsistent with the Administrative Record.

38. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 38 to the extent they are inconsistent with the Administrative Record.

39. Seibels Plan denies the allegations of paragraph 39 of the Complaint.

40. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 40 to the extent they are inconsistent with the Administrative Record.

41. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 41 to the extent they are inconsistent with the Administrative Record.

42. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 42 to the extent they are inconsistent with the Administrative Record.

43. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 43 to the extent they are inconsistent with the Administrative Record.

44. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 44 to the extent they are inconsistent with the Administrative Record.

45. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 45 to the extent they are inconsistent with the Administrative Record.

46. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 46 to the extent they are inconsistent with the Administrative Record.

47. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 47 to the extent they are inconsistent with the Administrative Record.

48. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 48 to the extent they are inconsistent with the Administrative Record.

49. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 49 to the extent they are inconsistent with the Administrative Record.

50. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 50 to the extent they are inconsistent with the Administrative Record.

51. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 51 to the extent they are inconsistent with the Administrative Record.

52. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 52 to the extent they are inconsistent with the Administrative Record.

53. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 53 to the extent they are inconsistent with the Administrative Record.

54. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 54 to the extent they are inconsistent with the Administrative Record.

55. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 55 to the extent they are inconsistent with the Administrative Record.

56. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 56 to the extent they are inconsistent with the Administrative Record.

57. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 57 to the extent they are inconsistent with the Administrative Record.

58. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 58 to the extent they are inconsistent with the Administrative Record.

59. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 59 to the extent they are inconsistent with the Administrative Record.

60. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 60 to the extent they are inconsistent with the Administrative Record.

61. Seibels Plan states that the Administrative Record speaks for itself. Seibels Plan denies the allegations of paragraph 61 to the extent they are inconsistent with the Administrative Record.

62. Seibels Plan admits the allegations of paragraph 62 of the Complaint, upon information and belief.

63. Seibels Plan denies that Plaintiff is entitled to any relief in this action, including the relief specifically requested in paragraph 63 of the Complaint.

FOR A FIRST CAUSE OF ACTION
(For benefits, taxable costs, interest, and attorney's fees)
Pursuant to ERISA, 29 U.S.C. §§ 1132(a)(1)(B) and (g)

64. Seibels Plan incorporates by reference its responses to the allegations set forth in the previous paragraphs of the Complaint.

65. Seibels Plan denies the allegations of paragraph 65 of the Complaint.

66. Seibels Plan denies the allegations of paragraph 66 of the Complaint.

67. Seibels Plan denies that Plaintiff is entitled to an award of attorney's fees.

68. Seibels Plan denies that Plaintiff is entitled to an award of attorney's fees.

69. Seibels Plan denies that Plaintiff is entitled to an award of attorney's fees.

70. Seibels Plan denies that Plaintiff is entitled to any relief in this action, including the relief specifically requested in paragraph 70 of the Complaint.

The remainder of Plaintiff's Complaint contains a prayer for relief and as such requires neither an admission nor denial from Defendant. To the extent a response is deemed necessary, Seibels Plan denies that Plaintiff is entitled to any of the relief sought in this action.

Having responded to Plaintiff's specifically numbered paragraphs of the Complaint, and not assuming any of Plaintiff's burden of proof, Seibels Plan sets forth the following further defenses:

**FIRST DEFENSE**

Plaintiff's Complaint should be dismissed to the extent it fails to state a claim upon which relief may be granted against Seibels Plan.

**SECOND DEFENSE**

Plaintiff's claim for benefits is barred in that he did not qualify for benefits under the terms of the Plan.

### THIRD DEFENSE

Plaintiff's claim for benefits is barred in that the claim determination was correct and was not an abuse of discretion or arbitrary and capricious.

### FOURTH DEFENSE

To the extent Plaintiff is entitled to recover benefits under the Plan, which is denied, any such benefits are subject to all applicable terms, conditions, exclusions, and offset provisions as set forth in the Plan.

### FIFTH DEFENSE

Seibels Plan did not breach any duty or obligation allegedly owed to Plaintiff and/or Donald Drozd.

### SIXTH DEFENSE

Plaintiff's claim for attorney's fees pursuant to 29 U.S.C. § 1132(g) is barred to the extent he seeks attorney's fees or costs incurred prior to the commencement of this action.

### SEVENTH DEFENSE

Plaintiff's claim for benefits is barred to the extent Donald Drozd failed to satisfy conditions precent to coverage under the terms of the Plan.

### EIGHTH DEFENSE

Plaintiff's claim for benefits is barred under the doctrine of judicial estoppel to the extent that Plaintiff's allegations in the instant action are inconsistent with certain factual and legal

contentions and positions made and taken by Donald Drozd in a previous legal dispute with Seibels.

### **NINTH DEFENSE**

Seibels Plan reserves the right to amend this Answer and assert additional defenses as appropriate as this action continues.

WHEREFORE, Defendant Seibels Plan, having fully answered the Complaint of Plaintiff, prays the Court for the following relief:

1. That this action be dismissed in its entirety with prejudice;

2. That the Plaintiff recover nothing of Defendant;

3. That Defendant be awarded its costs incurred in defending this action, including reasonable attorneys' fees; and

4. That Defendant be awarded such other relief as this Court may deem just and proper.

Dated this 28th day of November, 2023.

Respectfully submitted,

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

By: /s/Cara Y. Crotty
Cara Y. Crotty (Fed ID No. 6869)
1301 Gervais Street, Suite 1020
Columbia, South Carolina 29201-3326
Tel: (803) 256-3200
ccrotty@constangy.com

**ATTORNEY FOR DEFENDANT
SEIBELS SERVICES GROUP, INC. PLAN**